UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 20-2215
_____

CLEAN AIR COUNCIL,
                                        Appellant

v.

UNITED STATES STEEL CORPORATION
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2:19-cv-01072)
District Judge: Hon. Marilyn J. Horan
_____

Argued: January 29, 2021

Before: RESTREPO, BIBAS, and PORTER, *Circuit Judges*
_____

ORDER
_____

The panel has revised the opinion issued on June 21, 2021, and fixed a typographical

error that appeared at page 16. The Clerk is directed to file the amended opinion. This

amendment does not change the filing date. The judgment remains the same.


                                        ATTEST:

                                        s/ Patricia S. Dodszuweit
                                        Clerk


Dated: June 22, 2021
cc: All Counsel of Record